**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 2 EAL 2015
:
                 Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v.               :
:
:
:
GREGORY S. BURKE,         :
:
                 Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.